*Bricant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

MOISES MATIAS, on his own behalf and on
behalf of all others similarly situated,

                                  Case Number: 08 CIV 1203 (CLB)

                  Plaintiff,

    vs.                              STIPULATION EXTENDING
                                  TIME TO ANSWER *and ORDER*

VANGELDEREN SERIVCES INC.,

                  Defendant,

_____ X

It is hereby stipulated that the time within which the Defendant vanGelderen Services,

Inc., may respond to the Complaint, is hereby extended up to and including March 13, 2008. The

aforesaid Defendant waives any defense as to service.

Dated: February 28, 2008
KLEINMAN, LLC                                      JONES GARNEAU, LLP


_____             _____
Abraham Kleinman (AK-6300)                    Steven T. Sledzik (SS 8869)
Attorney for Plaintiff                                   Attorney for Defendant
626 RexCorp Plaza                                       vanGelderen Services, Inc.
Uniondale, New York 11556                   670 White Plains Road, Penthouse
                                                           Scarsdale, NY 10583
                                                           ssledzik@jonesgarneau.com

SO ORDERED: *March 3, 2008*
_____
U.S.D.J.


DATED