UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOISES MATIAS on his own behalf and on
behalf of all others similarly situated,

                      Plaintiff,          RULE 7.1
                                              STATEMENT
     -against-                               08 Civ. 1203 (CLB)

VANGELDEREN SERVICES INC.,

                      Defendant.
------------------------------------------------------------X

Pursuant to Rule 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, VANGELDEREN SERVICES, INC., by and through its attorneys, Jones Garneau, LLP, certifies that it has no corporate parents, affiliates or subsidiaries that are publicly held.

Dated: March 13, 2008
       Scarsdale, New York

                                                      Steven T. Sledzik (STS 8869)
                                                      Gregg P. Garneau (GPG 1511)
                                                      JONES GARNEAU, LLP
                                                      670 White Plains Road, Penthouse
                                                      Scarsdale, NY  10583
                                                      ssledzik@jonesgarneau.com
                                                      (914) 472-2300 Tel.
                                                      (914) 472-2312 Fax