From: ABRAHAM KLEINMAN Fax: +1 (898) 522-1692    To: HON. CHARLES L BRIL Fax: +1 (914) 390-4085    Page 2 of 2  4/10/2008 11:19

Case 7:08-cv-01203-CLB    Document 7    Filed 04/10/2008    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MOISES MATIAS, on his own behalf
and on behalf of all others similarly situated,

        Plaintiff,

-against-

VANGELDEREN SERVICES, INC.

        Defendant.

------------------------------------------------------------x

STIPULATION OF
DISCONTINUANCE & ORDER

CV 7:08-cv-01203 (CLB) (MDF)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the above-captioned action is hereby dismissed and discontinued with prejudice, each party to bear its own costs and attorneys' fees..

Dated:  April 9, 2008
          Uniondale, New York

_____
Abraham Kleinman (AK-6300)
KLEINMAN LLC
Attorney for the Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626

Telephone (516) 522-2621
Facsimile (888) 522-1692

_____
Gregg P. Garneau (GPG 1511)
JONES GARNEAU, LLP
670 White Plains Road, Penthouse
Scarsdale, New York 10583
ggarneau@jonesgarneau.com
Telephone (914) 472-2300
Facsimile (914) 472-2312

SO ORDERED:

_____
U.S.D.J.
Dated: April 10, 2008